NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: nfreyeslaw@gmail.com

Attorney for Defendant
JOSE JAVALERO-CAMACHO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE JAVALERO-CAMACHO<br><br>Defendant. | CASE NO. 1:21-CR-00012-6-JLT-SKO<br><br>STIPULATION TO CONTINUE SENTENCING |

Defendant, JOSE JAVALERO-CAMACHO, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, STEPHANIE STOKMAN, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, July 17, 2023, at 10:00 a.m. be continued to Monday, August 7, 2023, at 10:00 a.m. in the courtroom for the Honorable Jennifer L. Thurston, District Judge.

The continuance is necessary and good cause exists because Defendant has not completed his Safety Valve interview. This has been difficult as he is in custody at the Central Valley Annex in McFarland, California. Both the government and the defense require the additional time to finalize their sentencing positions. This would critically affect the outcome of the final sentence and is in the interest of justice.

This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for July 17, 2023, at 10:00 a.m. be continued to August 7, 2023 at 10:00 a.m.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: July 11, 2023

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated: July 11, 2023

/s/ Stephanie Stokman
STEPHANIE STOKMAN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   **July 12, 2023**

UNITED STATES DISTRICT JUDGE

2